# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>               Plaintiff,<br>  v.<br><br>ZAIGER, LLC and JOHN DOE CORPORATION,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01819-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    This case is dismissed without prejudice because the Court lacks personal jurisdiction over Defendant Zaiger, LLC.

    Dated August 20, 2024.

                                                        Ravi Subramanian
                                                        Clerk of Court

                                                        */s/Ashleigh Drecktrah*
                                                        Deputy Clerk